UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALTER DELSON,<br><br>          Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>          Defendants. | Case No:  20-cv-00439 SBA<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT STATUS UPDATE** |

The instant disability access action was filed on January 21, 2020.  Dkt. 1.  The action is subject to General Order 56, which governs Americans with Disabilities Act Access Litigation.  Between March 20, 2020 and March 11, 2021, the parties filed several stipulations to continue the deadline for joint site inspection under General Order 56 due to COVID-19 concerns and complications.  On March 12, 2021, an order issued granting the last of these stipulations and setting a deadline of June 30, 2021 to complete the joint site inspection.  Dkt. 27.  To date, no further action has been taken by the parties.  The parties have not filed a notice of settlement or notice of need for mediation; nor have they filed any additional stipulations seeking relief from the deadlines imposed by General Order 56.

In view of the foregoing, IT IS HEREBY ORDERED THAT the parties shall file a joint status update within 7 days of the date this Order is filed.  If the action has settled, the parties may file a Notice of Settlement of ADA Access Case in lieu of a joint status update.

IT IS SO ORDERED.

Dated: 5/18/2022

_____ RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge